**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7207**

JOHN VENIZELOS,

                Petitioner - Appellant,

      v.

JENNIFER SAAD, Warden,

                Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:18-cv-00119-GMG-RWT)

Submitted:  March 10, 2020                     Decided:  March 13, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Venizelos, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Venizelos appeals the district court's orders denying his motions for fees and costs and for reconsideration following the dismissal without prejudice of his 28 U.S.C. § 2241 (2018) petition. We have reviewed the record and found no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*